Of Counsel:
OGAWA, LAU, NAKAMURA & JEW
Attorneys-at-Law, A Law Corporation

ROY T. OGAWA          1821-0
KURT K. LEONG         5577-0
707 Richards Street, Suite 600
Honolulu, Hawaii 96813
Telephone: (808) 533-3999
Facsimile : (808) 533-0144
E-mail: rogawa@ollon.com
          kleong@ollon.com

Attorneys for Plaintiff
LGJ, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LGJ, LLC,<br>a Hawaii limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>STEWART TITLE GUARANTY COMPANY; JOHN and JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20; DOE GOVERNMENTAL UNITS 1-20 and DOE ENTITIES 1-20,<br><br>                    Defendants. | CIVIL NO.: 21-00459-JAO-RT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiff LGJ, LLC ("Plaintiff"), and Defendant STEWART TITLE GUARANTY COMPANY ("Defendant"), pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii) and LR 41.1, that all claims in this action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. There are no remaining claims or parties. All parties who have appeared in this action have signed this Stipulation.

This Stipulation is made pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii) and LR 41.1.

DATED: Honolulu, Hawaiʻi, March 30, 2023.

    /s/ Kurt K. Leong
ROY T. OGAWA
KURT K. LEONG
Attorneys for Plaintiff
LGJ, LLC

    /s/ Jade Lynne Ching
JADE LYNNE CHING
MICHELLE N. COMEAU
Attorneys for Defendant
STEWART TITLE
GUARANTY COMPANY

APPROVED AND SO ORDERED:



Jill A. Otake
United States District Judge

---

*LGJ, LLC, a Hawaii limited liability company vs. Stewart Title Guaranty Company et al*; Civil No. 1:21-cv-00459-JAO-RT; Stipulation for Dismissal with Prejudice, and Order